**No. 41049.**—Protests 487295–G, etc., of Samuel Ehrman (New York).

Opinion by TILSON, J. The record established that certain items consist of collars for dresses and panels composed of burnt-out laces similar to those involved in *Marshall Field* v. *United States* (T. D. 46939). The claim at 37½ percent under paragraph 919 was therefore sustained as to those items. Certain other items were held dutiable at 40 percent under paragraph 923 as manufactures in chief value of cotton.